MALCOLM S. TAUB, ESQ (MT-5294)
MALCOLM S. TAUB LLP
Attorneys for Plaintiffs
110 East 59th Street, 25th Floor
New York, New York 10022
(212) 265-8600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
STEPHEN PACE and PALMINA PACE,            08 CIV 10996 (JSR)
a/k/a PAM PACE,

                      Plaintiffs,         **NOTICE OF MOTION**


          -against-

GEORGE B. SCHWARTZ,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X


       Please take notice that Plaintiffs Stephen Pace and Palmina Pace hereby move this Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure for a preliminary injunction and Temporary Restraining Order.  This motion is supported by the accompanying Memorandum of Law, and Taub Declaration dated October 26, 2009.

       The Court has ordered the following for service and filing of papers: Moving papers to be filed and served by October 27, 2009; Opposition papers to be filed and served by noon on November 10, 2009; Reply papers to be filed and served by noon on November 13, 2009; and Oral Arguments on November 16, 2009.

Dated:     New York, New York
           October 26, 2009

Respectfully Submitted,
MALCOLM S. TAUB LLP
*Attorneys for Plaintiffs*

_____
Malcolm S. Taub (MT-5294)
110 East 59th Street, 25th Floor
New York, New York 10022
Tel. 212-265-8600
Fax 212-581-8958