```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
STEPHEN PACE and PALMINA PACE a/k/a   :
PAM PACE,                             :
                                      :
             Plaintiffs,              :
                                      :
         -v-                          :   08 Civ. 10996 (JSR)
                                      :
GEORGE B. SCHWARTZ,                   :   ORDER
                                      :
             Defendant.               :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated today in open court, see tr., 3/5/10, defendant George Schwartz is hereby ordered to return to plaintiffs, Stephen and Palmina Pace, those consigned artworks listed in plaintiffs' trial Exhibit 4 except for the 14 of these paintings that are also listed in Exhibit 61 that the defendant has already sold, traded, purchased, or donated. These 52 artworks must be returned to plaintiffs by no later than March 19, 2010, and for this purpose must be packed and transported in a manner suitable for valuable paintings, all at defendant's expense. Furthermore, defendant is hereby enjoined from selling, transferring, disposing of, or otherwise taking any action with respect to these 52 consigned paintings except for effectuating their prompt return to plaintiffs.

The Court has carefully considered and hereby denies plaintiffs' request for the return of the three paintings specified in Exhibit 6.

SO ORDERED.

Dated: New York, NY
       March 5, 2010

                                          _____
                                          JED S. RAKOFF, U.S.D.J.